# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D2023-1594

—————————————————

BARRY TRYNELL DAVIS JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

—————————————————

Petition for Belated Appeal—Original Jurisdiction.

April 3, 2024

PER CURIAM.

The petition for belated appeal is denied. Petitioner's allegations of limited access to the prison law library are insufficient to demonstrate a right to a belated appeal. *See Jordan v. State*, 549 So. 2d 805, 806 (Fla. 1st DCA 1989).

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Barry Trynell Davis Jr., pro se, Petitioner.

Ashley Moody, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Respondent.